IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID N. MURPHY, et al., | : | CIVIL ACTION NO. **3:CV-14-0964** |
| Plaintiffs | : | (Judge Caputo) |
| v. | : | (Magistrate Judge Blewitt) |
| GENE BERDANIER, et al., | : | |
| Defendants | : | |

### ORDER

AND NOW, this _19_ day of **August, 2014,** upon consideration of Plaintiffs' **Doc. 1** Complaint, a putative §1983 civil rights class action, **IT IS HEREBY ORDERED THAT:**

**1.** Plaintiffs are directed to file a Motion For Class Certification under Fed.R.Civ.P. 23 and a support brief seeking the Court's permission to certify their case as a class action **within thirty (30) days** of the date of this Order.

**2.** Plaintiffs' Motions for Leave to proceed *in forma pauperis* are held in abeyance until the Court decides if Plaintiffs will be allowed to proceed as a class action.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: August _19_, 2014