IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID N. MURPHY, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:14-CV-0964 |
| v. | (JUDGE CAPUTO) |
| GENE BERDANIER, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

### ORDER

**NOW**, this 17th day of December, 2014, upon review of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 271) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 271) is **ADOPTED.**

(2) The Complaint (Doc. 1) is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

(3) All open Motions for Leave to Proceed *in forma pauperis* are **GRANTED** for the purpose of motions already filed.

(4) All other open Motions are **DENIED as moot.**

(5) The Clerk of Court is instructed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge